IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER GONZALEZ, EDER MORALES and LUIS ALBERTO ROBLERO | : : : : | CIVIL ACTION |
| v. | : : | |
| BUSTLETON SERVICES, INC. | : | NO. 08-4703 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

X   the plaintiff *(name)* Walter Gonzalez recover from the defendant *(name)* Bustleton Services, Inc. the amount of five thousand twelve dollars and forty-four cents ($5,012.44), which includes prejudgment interest calculated as explained in the accompanying memorandum; the plaintiff *(name)* Eder Morales recover from the defendant *(name)* Bustleton Services, Inc. the amount of six thousand two hundred fifty four dollars and seventy-five cents ($6,254.75), which includes prejudgment interest calculated as explained in the accompanying memorandum; the plaintiff *(name)* Luis Alberto Roblero recover from the defendant *(name)* Bustleton Services, Inc. The amount of seven thousand two hundred twenty eight dollars and forty-nine cents ($7,228.49), which includes prejudgment interest calculated as explained in the accompanying memorandum.

☐ the plaintiff recovery nothing, the action be dismissed on the merits, and the defendant *(name)* _____ Recover costs from the plaintiff *(name)* _____.

☐ other: _____.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

X tried by Judge Elizabeth T. Hey without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

BY THE COURT:
/S/ELIZABETH T. HEY

Date: May 18, 2010

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE