IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER GONZALEZ, EDER MORALES and LUIS ALBERTO ROBLERO | : | CIVIL ACTION |
| v. | : | |
| BUSTLETON SERVICES, INC. | : | NO. 08-4703 |

## ORDER

AND NOW, this 18th day of August, 2010, upon consideration of the judgment previously entered in the case, the Motion for Attorneys' Fees and Costs, the response, and reply, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Petition for Attorneys' Fees is GRANTED WITH MODIFICATION, the Defendant's Request for certain reductions to the requested hours is GRANTED IN PART, and the Defendant's Request for a reduction in the rates charged by counsel is GRANTED.

1. Plaintiffs are awarded $73,195 in attorneys' fees.
2. Plaintiffs are awarded $ 2,871.78 in costs.

BY THE COURT:

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE